UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv41-FDW

| | |
|---|---|
| JAMES E. GILMOUR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HUBERT CORPENING, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court upon initial review of James E. Gilmour's pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc No. 1.) Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts requires that a Petition for Writ of Habeas Corpus be "signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242." Neither Petitioner, nor a person authorized by him, signed the instant Petition. (Pet. 15, Doc. No. 1.)

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall send Petitioner a copy of his Petition for Writ of Habeas Corpus (Doc. No. 1). Petitioner shall have fifteen (15) days from receipt of the Petition to sign and return it to the Clerk of Court. Failure to comply with this Order shall result in the dismissal of the instant Petition for Writ of Habeas Corpus.

Signed: March 3, 2016

Frank D. Whitney
Chief United States District Judge